UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
(at Lexington)

| | | |
|---|---|---|
| CHRISTOPHER D. WILSON, | ) | |
| Plaintiff, | ) ) | Civil Action No. 5: 20-178-DCR |
| V. | ) ) | |
| ORVILLE J. BUTZIN, | ) ) | **JUDGMENT** |
| Defendant. | ) ) | |

\*\*\*   \*\*\*   \*\*\*   \*\*\*

In accordance with Federal Rule of Civil Procedure 58 and the Memorandum Opinion and Order entered this date, it is hereby

**ORDERED** and **ADJUDGED** as follows:

1. Plaintiff Christopher D. Wilson's claims against Defendant Orville J. Butzin are **DISMISSED**, with prejudice, and **STRICKEN** from the Court's docket.

2. This is a **FINAL** and **APPEALABLE** Judgment and there is no just cause for delay.

Dated: August 18, 2020.

Danny C. Reeves, Chief Judge
United States District Court
Eastern District of Kentucky